IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,               No. 2:11-mj-00291 KJN

    v.

MICHAEL IRBY,

    Defendant.         <u>SEALING ORDER</u>

        Plaintiff submitted to the court documents for in camera review by the court, along with an ex parte motion seeking such review and a petition to seal the petition, the accompanying motion, and a proposed order. The court grants plaintiff's request to seal. The petition to seal, the motion, and the proposed order shall be filed under seal in accordance with Local Rule 141. The documents submitted to the court numbered 2 through 7 shall be returned to plaintiff.

        In light of the foregoing, IT IS HEREBY ORDERED that:

        1.    Plaintiff's petition to seal is granted.

        2.    The Clerk of Court is directed to file plaintiff's petition to seal, ex parte motion seeking review, and proposed order under seal.

        3.    The Clerk of Court shall return to plaintiff the physical documents that are

1

to be filed under seal.

4. Plaintiff's counsel may retrieve the documents submitted to the court for in camera review from the undersigned's Courtroom Deputy.

IT IS SO ORDERED.

DATED: December 19, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE