BENJAMIN B. WAGNER
United States Attorney
DAVID A. PETERSEN
NICHOLAS M. FOGG
Special Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>MICHAEL IRBY,<br>Defendant. | No. 2:11-mj-291 KJN<br><br>ORDER VACATING SUPPLEMENTAL BRIEFING DEADLINE; AND RESETTING THE 12/29/2011 HEARING FOR A CHANGE OF PLEA<br><br>DATE: December 29, 2011<br>TIME: 9:00 a.m.<br>JUDGE: Kendall J. Newman |

It is hereby ordered that the parties' stipulation to vacate the deadline to submit briefs; requesting that no verdict be entered; withdrawing the defendant's Motion for Judgment of Acquittal; and setting the matter for a Change of Plea on December 29, 2011,at 9:00 a.m., is GRANTED.

IT IS SO ORDERED.

Dated: December 23, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE