1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID A. PETERSEN
   NICHOLAS M. FOGG
3  Special Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-mj-00291 KJN |
| Plaintiff, | ORDER PROTECTING DISSEMINATION OF HENTHORN MATERIALS CONTAINING |
| v. | DISCIPLINARY ACTION |
| MICHAEL IRBY, | (PROTECTED INFORMATION) |
| Defendant. | |

ORDER

For good cause shown, the stipulation of counsel in Case No. 2:11-mj-00291 KJN concerning the dissemination of Protected Information is GRANTED.

**IT IS SO ORDERED:**

DATED: December 23, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE